NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY, | No. C 10-04690 JF (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| DOMINGO URIBE JR., | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed a document titled "Petitioner seeks order of protection from prison officials who has endangered his life." (Docket No. 1.) Plaintiff seeks protection from prison officials at Centinela State Prison in Imperial, California, which lies within Imperial County. Because the acts complained of occurred in Imperial County, which lies within the venue of the Southern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Southern District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Southern District of California.

IT IS SO ORDERED.

DATED: 2/2/11

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\CR.10\Finley04690_transfer.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOWELL FINLEY,

        Plaintiff,

  v.

DOMINGO URIBE JR.,

        Defendant.

Case Number: CV10-04690 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  2/17/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jowell Finley E06421
CSP Cen. A5-125 L
P.O. Box 901
Imperial, CA 92251

Dated:  2/17/11

Richard W. Wieking, Clerk